IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN AARON VILLAREAL                                                                                    PLAINTIFF

v.                                        Case No. 4:23-cv-4106

SERGEANT JOSHUA WATSON, *et al*.                                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R) issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed for failure to state a claim under 28 U.S.C. § 1915A(b)(1).

No party has filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 8) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge